Steven M Davis
Becker & Poliakoff P.A.
121 Alhambra Plaza, 10th Fl
Coral Gables, Fl 33134

CS# 13-20856-CV-LENARD

FILED by PG D.C.

APR 24 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Sandra Brammeier
9392 Sun Ct
Lake Park FL 33403

20 April 2013

I received your summons on April 11th, 2013 upon returning from a trip to Kentucky. I have attempted to get an attorney to assist me in this matter, and will continue to do so. At this time I am writing you as required to acknowledge receipt of the summons.

I don't believe the amounts to be correct, however I do acknowledge these loans. I have had my federal income tax return withheld for years, and don't see credit for those payments. I also made payments on these loans to the best of my memory they were $65 am month. I joined the US Coast Guard in 1986 and had sent a letter to my loan office to request a referral for my loans. My payment coupons stopped arriving and thought they were. A couple years went by and in 1989 I was contacted saying I had defaulted on loans and full amount was due. I tried to set up a payment plan at the time, and was told that the amount I could send wasn't adequate enough and it was returned to me. I was unable to borrow funds to pay off the loans at this time. It has gone from one agency to another and each time I spoke to someone on the phone they would tell me the amounts I couldn't afford, and that I should borrow the money from a another source and pay them off. I would like to see at least where my Fed returns were applied, and also I was told by IRS that I also didn't receive a stimulus check because it went towards my Fed debt also.

In 2000 I was diagnosed for stage four invasive cancer and underwent two major surgeries, months of Chemotherapy, then several weeks of radiation treatments, followed up by another round of chemotherapy treatments. During this over two year period I was very limited in being able to work. I have no savings or even a personal checking account. I own no property other than my 2004 Ford Ranger, and the title isn't clear on it yet. I have a few personal belongings I use for work, cloths and misc household items. I would estimate that my total property value is at $5000.00. My average yearly income is between 20,000 and 25.000 the past five years.

I am a self employed scuba instructor, my schedule is varied, and my work is seasonal. I have a handicap that my cancer treatments left me with, that restricts the type of work I am able to do. I would love to get this behind me and somehow take care of this matter. I am going to meet with a bankruptcy attorney and see what I can do, since I do have outstanding medical bills as well. I am hoping that the month of May will be productive enough to be able to afford to start that process. I would like to be able to make payments, but see no use in promising amounts that I know I can maintain.

The above statements are true and accurate to the best of my recall and abilities.

Sandra L. Brammeier

CC: United States District Court Southern District of Florida