UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-20856-CIV-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
SANDRA L. BRAMMEIER )
)
        Defendant. )
)
)

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff, United States of America, by and through its undersigned counsel files this Motion for Extension of Time and states as follows:

1. On March 11, 2013, Plaintiff filed suit against Defendant to recover an unpaid student loan.

2. Plaintiff served the Defendant with the Complaint on April 17, 2013.

3. On April 24, 2013, Defendant filed an Answer to the Complaint.

4. On April 29, 2013, Plaintiff filed a Motion for Summary Judgment.

5. On April 30, 2013, this court entered a twenty one day Notice of Consideration on Plaintiff's Motion for Summary Judgment [D.E.# 7]. The Defendant has not responded to same and the deadline to respond has passed.

6. On May 2, 2013, this Court entered and order referring Discovery Disputes and Certain Pre-Trial Motions required [D.E.# 8].

7. On May 13, 2013, Plaintiff filed a Corporate Disclosure Statement [D.E. # 9].

8. Plaintiff, has prepared the Joint Scheduling Report, however has not been able to successfully have it executed by Defendant.

CASE NO.: 13-20856-CIV-LENARD/O'SULLIVAN

WHEREFORE, Plaintiff respectfully requests that this Honorable Court not dismiss the case but rather, provide Plaintiff an additional twenty (20) days to file the Joint Scheduling Report executed by both parties.

Dated: June 11th, 2013  
Miami, Florida

Respectfully submitted,

/s/ Steven M. Davis  
Steven M. Davis, (Florida Bar No. 894249)  
Email: sdavis@becker-poliakoff.com  
Becker & Poliakoff, P.A.  
121 Alhambra Plaza, 10th Floor  
Coral Gables, FL 33134  
Telephone: (305)262-4433  
Facsimile: (305) 442-2232  
Attorneys for Plaintiff United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by U.S. regular mail on the 11th day of June, 2013 to Sandra L. Brammier, 9392 Sun Court, Lake Park, Florida 33403.

/s/ Steven M. Davis  
Steven M. Davis

ACTIVE: 4786229_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-20856-CIV-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA, )
)
           Plaintiff, )
)
v. )
)
SANDRA L. BRAMMEIER )
)
           Defendant. )
)
_____ )

## ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time and having heard argument of counsel, having reviewed the pleadings and being otherwise advised in the premises, it is hereby,

ORDERED AND ADJUDGED that:

1. Plaintiff's motion is hereby GRANTED.

2. Plaintiff shall have an additional twenty (20) days to file the Joint Scheduling Report.

DONE AND ORDERED in Chambers, in _____, FL Florida, this _____ day of _____, 2013.

                                                        JOAN A. LENARD
                                                        U.S. DISTRICT COURT JUDGE

Copies furnished:
Steven M. Davis, Esq.
Sandra Brammeier, Pro Se